IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03054-PAB-SKC

JOHN MEGGS,

    Plaintiff,

v.

JOALTO GROUP, LTD. a/k/a JOALTA GROUP, LTD.,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68(a), the following Final Judgment is hereby entered.

    Pursuant to the Minute Order [Docket No. 11] of Chief United States District Judge Philip A. Brimmer, entered on March 2, 2023, it is

    ORDERED that defendant, Joalto Group, Ltd. a/k/a Joalta Group, Ltd., at the commencement of the subject lawsuit was, and is in violation of Title III of the Americans with Disabilities Act ("ADA").  It is further

    ORDERED that defendant, Joalto Group, Ltd. a/k/a Joalta Group, Ltd., shall make all readily achievable alterations to the facilities at the Commercial Property in Wheatridge Colorado that is the subject of this action or make such facilities at the Commercial Property readily accessible to and usable by individuals with disabilities to the extent required by the ADA; shall make reasonable modifications in policies, practices and procedures, when such modifications are necessary to afford all offered goods, services, facilities, privileges, advantages or accommodations to individuals with

2

disabilities; and take such steps that may be necessary to insure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services.  It is further

ORDERED that judgment shall enter in favor of plaintiff and against defendant.  It is further

ORDERED that, pursuant to Fed. R. Civ. P. 54(d)(2)(B)(i), any motion for attorney's fees shall be filed within fourteen days of the clerk's entry of judgment.  It is further

ORDERED that this case is closed.


Dated: March 2, 2023.


FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
         Deputy Clerk

2